# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

141753

HEALING PLACE, LTD., HEALING PLACE
AT NORTH OAKLAND MEDICAL CENTER,
ANOTHER STEP FORWARD, NEW START,
INC., and MITCHELL DITTMAN, Guardian of
Linda Wallace, a legally incapacitated individual,
  Plaintiffs-Appellees,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
  Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

SC: 141753
COA: 286050
Oakland CC: 05-063954-NF

On order of the Court, the application for leave to appeal the August 5, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the judgment of the Court of Appeals that reversed the Oakland Circuit Court's grant of summary disposition to the defendant regarding adult foster care services, for the reasons stated in the Court of Appeals partial dissenting opinion, and we REMAND this case to the trial court for further proceedings not inconsistent with this order.

HATHAWAY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

0112

_____
Clerk